# Third District Court of Appeal

## State of Florida

Opinion filed April 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1720
Lower Tribunal No. F15-22546

_____

**Lamont T. Lubin,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction-Ineffective Assistance of Appellate
Counsel.

Lamont T. Lubin, in proper person.

Ashley Moody, Attorney General, and Joanne Diez, Assistant
Attorney General, for respondent.

Before FERNANDEZ, HENDON, and LOBREE, JJ.

HENDON, J.

Following review of Lamont T. Lubin's petition for writ of habeas corpus alleging ineffective assistance of appellate counsel, it is ordered that said petition is hereby denied. See Mendoza v. State, 964 So. 2d 121 (Fla. 2007) (holding appellate counsel's failure to raise meritless issue on appeal does not constitute ineffective assistance of appellate counsel); Austin v. State, 236 So. 3d 402 (Fla. 3d DCA 2017).

Petition denied.